UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CERF SPV I, LLC, a
Delaware limited
liability company,

          Plaintiff,

    v.

CHEROKEE INVESTMENT
PARTNERS III, L.P., a
Delaware limited
partnership; CHEROKEE
INVESTMENT PARTNERS, III
PARALLEL FUND, L.P., a
Delaware limited partnership,

          Defendants.
_____/

NO. CIV. S-10-2670 LKK/JFM

O R D E R

The court is in receipt of the parties' stipulated request to extend deadlines relating to expert witness discovery. Stip., ECF No. 26 (Nov. 23, 2011). This stipulation seeks to modify the Fed. R. Civ. P. 16(b) scheduling order. The parties have not made the requisite showing of good cause. See Scheduling Order, ECF No. 14, at 10 (Jan. 18, 2011) ("[T]he Status (pretrial scheduling) Order shall not be modified except by leave of court upon a showing of

1

1  good cause. . . . Agreement by the parties pursuant to stipulation
2  does not constitute good cause.").
3       The parties are free to enter into whatever agreements they
4  wish regarding discovery, but the court will not enforce discovery
5  at variance with the original schedule.
6       Accordingly, the request to extend deadlines relating to
7  expert witness discovery is DENIED.
8       IT IS SO ORDERED.
9       DATED:  December 1, 2011.

```
                        /s/ Lawrence K. Karlton
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2