UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CERF SPV I, LLC, a
Delaware limited
liability company,

                         NO. CIV. S-10-2670 LKK/JFM

    Plaintiff,

   v.

                            O R D E R

CHEROKEE INVESTMENT
PARTNERS III, L.P., a
Delaware limited
partnership; CHEROKEE
INVESTMENT PARTNERS, III
PARALLEL FUND, L.P., a
Delaware limited partnership,

    Defendants.
_____/

The court is in receipt of the parties' stipulated request to extend deadlines relating to expert witness discovery. Stip., ECF No. 26 (Nov. 23, 2011). This stipulation seeks to modify the Fed. R. Civ. P. 16(b) scheduling order. The parties have not made the requisite showing of good cause. <u>See</u> Scheduling Order, ECF No. 14, at 10 (Jan. 18, 2011) ("[T]he Status (pretrial scheduling) Order shall not be modified except by leave of court upon a showing of

1

good cause. . . . Agreement by the parties pursuant to stipulation does not constitute good cause.").

The parties are free to enter into whatever agreements they wish regarding discovery, but the court will not enforce discovery at variance with the original schedule.

Accordingly, the request to extend deadlines relating to expert witness discovery is DENIED.

IT IS SO ORDERED.

DATED:  December 1, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2