IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CERF SPV I, LLC,

       Plaintiff,                              No. CIV 2:10-cv-2670-LKK-JFM

    vs.

CHEROKEE INVESTMENT PARTNERS
III, L.P., *et al.*,

       Defendants.                       <u>ORDER</u>

_____/

       On December 30, 2011, plaintiff filed a motion to compel deposition of third party Zeneca, Inc. In the last paragraph of its Notice of Motion to Compel, plaintiff requests that its motion be heard on shortened time. The motion to compel has been noticed for hearing on January 26, 2012. By way of the instant motion, plaintiff seeks to have the matter heard on January 19, 2012 instead. Third parties Zeneca and Cherokee Simeon Venture I, LLC ("CSV") oppose this request.

       On January 6, 2012, third parties Zeneca and CSV filed a motion to quash. This motion appears to concern the same subpoenas at issue in plaintiff's motion to compel. The motion to quash has been noticed for hearing on February 2, 2012.

/////

1        Upon review, IT IS HEREBY ORDERED that plaintiff's request to shorten time
2 is denied and plaintiff's motion to compel shall remain noticed for hearing on January 26, 2012.
3 Furthermore, in order to conserve judicial resources, the court, on its own motion, hereby moves
4 the hearing on third parties Zeneca and CSV's January 6, 2012 motion to quash from February 2,
5 2012 to January 26, 2012 at 11:00 a.m. in courtroom #26.  A joint discovery statement on both
6 motions shall be filed on or before January 19, 2012.

7 DATED: January 13, 2012.

                                                     UNITED STATES MAGISTRATE JUDGE

11 /014;cerf2670.jo