DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
GREGORY T. BRODERICK (Bar No. 220871)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
kseibert@downeybrand.com
mbaker@downeybrand.com

Attorneys for Plaintiff
CERF SPV I, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERF SPV I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Cherokee Investment Partners III, L.P., a Delaware limited partnership; Cherokee Investment Partners III Parallel Fund, L.P., a Delaware limited partnership,<br><br>Defendants. | Case No.  2:10-cv-02670-LKK-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON FULLY BRIEFED MOTIONS FOR SUMMARY ADJUDICATION**<br>**[Dkt. Nos. 54 and 61]** |

Plaintiff CERF SPV I, LLC ("Plaintiff") and Defendants Cherokee Investment Partners III, L.P., and Cherokee Investment Partners III Parallel Fund (collectively, "Defendants") hereby jointly stipulate and seek leave to continue the hearing on the *fully briefed* motions for summary adjudication from February 27, 2012, to March 26, 2012.  The purpose of continuing the hearing is to permit the parties time to more fully explore resolution of the litigation.  The March 26 date is currently available on the Court's hearing calendar.

This case involves a dispute about a loan made by Plaintiff to non-party Cherokee Simeon Ventures I, LLC ("CSV") to in part remediate a property contaminated by non-party Zeneca, Inc., and its predecessors.  The loan was the subject of a Guaranty by Defendants, and Plaintiff sued

for the perceived breach of that Guaranty.  Throughout the litigation, the parties have discussed the possibility of settlement as well as possible terms of a potential settlement.  But settlement efforts have proved more difficult than usual, partly because of the need to gain the agreement of CSV (which owns the underlying property) and Zeneca (which controls the remediation of the underlying property).  In the past few weeks, several key events have occurred that increase the prospects for settlement.  First, the Lawrence Berkeley National Laboratory selected the immediately adjacent property as the site of its planned expansion.  Second, the state Department of Toxic Substances Control ("DTSC") has responded to Zeneca's proposed remediation plan with 50 pages of comments.  Third, Plaintiff has commenced judicial foreclosure against CSV in state court.  With Zeneca as the managing member of CSV, all interested parties are now at the litigation table.  These three events may operate as carrot and stick to motivate Zeneca and CSV to re-evaluate their prior settlement positions.  Finally, Plaintiff and Defendants have each filed and fully briefed a motion for summary adjudication, helping the parties understand each others' positions with greater clarity and to evaluate their relative risks and rewards with greater information.

Good cause thus exists for the requested continuance because it may result in a settlement preserving the resources of the Court and the parties.  A settlement, if it occurs, could also result in a more expedited remediation of the underlying contaminated property, which is surely in the interest of all parties, regulatory agencies, and the public.

DATED:  February 21, 2012         DOWNEY BRAND LLP

                                  By: /s/ *Gregory T. Broderick*
                                       GREGORY T. BRODERICK
                                       Attorney for Plaintiff

DATED:  February 21, 2012         WENDEL ROSEN BLACK & DEAN, LLP

                                  By: */s/ Steven Morger* (authorized on February 21, 2012)
                                       STEVEN M. MORGER
                                       Attorney for Defendants

1214615.2

2

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER

**ORDER**

Pursuant to the joint stipulation of the parties, and good cause appearing, the hearing on the parties' respective motions for summary adjudication (Dkt. Nos. 54 and 61) are herby continued from February 27, 2012, to March 26, 2012 at 10:00 a.m.

**IT IS SO ORDERED**.

DATED: February 21, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT