1   DOWNEY BRAND LLP
    KEVIN M. SEIBERT (Bar No. 119356)
2   GREGORY T. BRODERICK (Bar No. 220871)
    MEGHAN M. BAKER (Bar No. 243765)
3   621 Capitol Mall, 18th Floor
    Sacramento, CA  95814-4731
4   Telephone:     (916) 444-1000
    Facsimile:     (916) 444-2100
5   kseibert@downeybrand.com
    mbaker@downeybrand.com
6

7   Attorneys for Plaintiff
    CERF SPV I, LLC
8

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12   CERF SPV I, LLC, a Delaware limited          Case No.  2:10-cv-02670-LKK-JFM
     liability company,
13                                                **STIPULATION AND ORDER TO**
                         Plaintiff,               **CONTINUE HEARING ON FULLY**
14                                                **BRIEFED MOTIONS FOR SUMMARY**
          v.                                      **ADJUDICATION**
15                                                **[Dkt. Nos. 54 and 61]**
     Cherokee Investment Partners III, L.P., a
16   Delaware limited partnership; Cherokee
     Investment Partners III Parallel Fund, L.P.,
17   a Delaware limited partnership,

18                        Defendants.

19

20        Plaintiff CERF SPV I, LLC ("Plaintiff") and Defendants Cherokee Investment Partners

21   III, L.P., and Cherokee Investment Partners III Parallel Fund (collectively, "Defendants") hereby

22   jointly stipulate and seek leave to continue the hearing on the *fully briefed* motions for summary

23   adjudication from February 27, 2012, to March 26, 2012.  The purpose of continuing the hearing

24   is to permit the parties time to more fully explore resolution of the litigation.  The March 26 date

25   is currently available on the Court's hearing calendar.

26        This case involves a dispute about a loan made by Plaintiff to non-party Cherokee Simeon

27   Ventures I, LLC ("CSV") to in part remediate a property contaminated by non-party Zeneca, Inc.,

28   and its predecessors.  The loan was the subject of a Guaranty by Defendants, and Plaintiff sued

1214615.2                                      1

1    for the perceived breach of that Guaranty.  Throughout the litigation, the parties have discussed

2    the possibility of settlement as well as possible terms of a potential settlement.  But settlement

3    efforts have proved more difficult than usual, partly because of the need to gain the agreement of

4    CSV (which owns the underlying property) and Zeneca (which controls the remediation of the

5    underlying property).  In the past few weeks, several key events have occurred that increase the

6    prospects for settlement.  First, the Lawrence Berkeley National Laboratory selected the

7    immediately adjacent property as the site of its planned expansion.  Second, the state Department

8    of Toxic Substances Control ("DTSC") has responded to Zeneca's proposed remediation plan

9    with 50 pages of comments.  Third, Plaintiff has commenced judicial foreclosure against CSV in

10   state court.  With Zeneca as the managing member of CSV, all interested parties are now at the

11   litigation table.  These three events may operate as carrot and stick to motivate Zeneca and CSV

12   to re-evaluate their prior settlement positions.  Finally, Plaintiff and Defendants have each filed

13   and fully briefed a motion for summary adjudication, helping the parties understand each others'

14   positions with greater clarity and to evaluate their relative risks and rewards with greater

15   information.

16        Good cause thus exists for the requested continuance because it may result in a settlement

17   preserving the resources of the Court and the parties.  A settlement, if it occurs, could also result

18   in a more expedited remediation of the underlying contaminated property, which is surely in the

19   interest of all parties, regulatory agencies, and the public.

20

21   DATED:  February 21, 2012              DOWNEY BRAND LLP

22                                          By:  /s/  *Gregory T. Broderick*

23                                               GREGORY T. BRODERICK
                                                 Attorney for Plaintiff

24   DATED:  February 21, 2012              WENDEL ROSEN BLACK & DEAN, LLP

25

26                                          By: */s/ Steven Morger* (authorized on February 21, 2012)
                                                STEVEN M. MORGER

27                                              Attorney for Defendants

28

1214615.2                                       2

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER

1

**ORDER**

2       Pursuant to the joint stipulation of the parties, and good cause appearing, the hearing on

3   the parties' respective motions for summary adjudication (Dkt. Nos. 54 and 61) are herby

4   continued from February 27, 2012, to March 26, 2012 at 10:00 a.m.

5   **IT IS SO ORDERED**.

6

7   DATED: February 21, 2012

8

9

10  LAWRENCE K. KARLTON
    SENIOR JUDGE
11  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1214615.2                                3

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER