DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
GREGORY T. BRODERICK (Bar No. 220871)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:     (916) 444-2100
kseibert@downeybrand.com
gbroderick@downeybrand.com
mbaker@downeybrand.com

Attorneys for Plaintiff
CERF SPV I, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERF SPV I, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>         v.<br><br>Cherokee Investment Partners III, L.P., a Delaware limited partnership; Cherokee Investment Partners III Parallel Fund, L.P., a Delaware limited partnership,<br><br>                    Defendants. | Case No.  2:10-cv-02670-LKK-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS FOR SUMMARY ADJUDICATION AND  FINAL PRETRIAL CONFERENCE** |

Plaintiff CERF SPV I, LLC ("Plaintiff") and Defendants Cherokee Investment Partners III, L.P., and Cherokee Investment Partners III Parallel Fund (collectively, "Defendants") hereby jointly stipulate and seek leave to continue the hearing on the fully briefed motions for summary adjudication from March 26, 2012 to May 7, 2012, and to continue the final pretrial conference date from May 29, 2012 to June 25, 2012 at 2:30 p.m.  The purpose of continuing the hearing and final pretrial conference date is to provide the parties additional time to reach a settlement agreement.  The requested dates are available on the Court's calendar.  At this time, the parties do **not** wish to continue the trial date set for August 21, 2012.

This case involves a dispute about a loan made by Plaintiff to non-party Cherokee Simeon Ventures I, LLC ("CSV") to, in part, remediate a property contaminated by non-party Zeneca,

1  Inc. ("Zeneca"), and its predecessors.  The loan was the subject of a Guaranty by Defendants, and
2  Plaintiff sued for the alleged breach of that Guaranty.
3       On January 30, 2012, the parties filed their respective motions for summary adjudication.
4  The hearing date for these motions was originally scheduled for February 27, 2012.  The Court
5  continued the hearing on the motions for summary adjudication to March 26, 2012, to permit the
6  parties an opportunity to explore settlement in detail due to events that had recently occurred.
7  Specifically, Lawrence Berkeley National Laboratory selected the adjacent property as the site of
8  its planned expansion, the state Department of Toxic Substances Control responded to Zeneca's
9  proposed remediation plan, with 50 pages of comments, and Plaintiff commenced a judicial
10 foreclosure action against CSV in state court.
11      On March 15, 2012, eleven representatives from Plaintiff, Defendants, CSV, and Zeneca,
12 met to engage in formal settlement negotiations.  An agreement was not reached on that date, but
13 the parties made significant progress towards reaching a framework for an agreement.  The
14 parties expect to exchange a written framework shortly, which is a key step in reaching a formal
15 settlement agreement.
16      In light of the progress made in the settlement negotiations, the parties believe that a
17 continuance to further pursue settlement could result in resolution, conserving the resources of the
18 parties and the Court.  A settlement, if it occurs, could also result in a more expedited remediation
19 of the underlying contaminated property, which is surely in the interest of all parties, regulatory
20 agencies, and the public.  Thus, good cause exists for the requested continuance.
21
22 DATED:  March 22, 2012         DOWNEY BRAND LLP
23                                   By: */s/ Gregory T. Broderick*
24                                       GREGORY T. BRODERICK
                                        Attorney for Plaintiff
25
26 DATED:  March 22, 2012         WENDEL ROSEN BLACK & DEAN, LLP
27                                   By: */s/ Steven Morger* (authorized on March __, 2012)
28                                       STEVEN M. MORGER
                                        Attorney for Defendants

ORDER

Pursuant to the joint stipulation of the parties, and good cause appearing, the hearing on the parties' respective motions for summary adjudication (Dkt. Nos. 54 and 61) are hereby continued from March 26, 2012 to May 7, 2012, and the final pretrial conference continued from May 29, 2012 to June 25, 2012 at 2:30 p.m.

IT IS SO ORDERED.

DATED:  March 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT