Steven M. Morger (Bar No. 115108)
smorger@wendel.com
Beth B. Koh (Bar No. 256694)
bkoh@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California  94607
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Defendants
Cherokee Investment Partners III, L.P., a Delaware limited partnership; Cherokee Investment Partners III Parallel Fund, L.P., a Delaware limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERF SPV I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHEROKEE INVESTMENT PARTNERS III, L.P., a Delaware limited partnership; CHEROKEE INVESTMENT PARTNERS III PARALLEL FUND, L.P., a Delaware limited partnership,<br><br>Defendants. | Case No.  2:10-cv-02670-LKK-JFM<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |

1   Defendants CHEROKEE INVESTMENT PARTNERS III, L.P., a Delaware limited
2 partnership, and CHEROKEE INVESTMENT PARTNERS III PARALLEL FUND, L.P., a
3 Delaware limited partnership, and plaintiff CERF SPV I, LLC, a Delaware limited liability
4 company, by and through their attorneys of record, stipulate and request that the Court dismiss
5 without prejudice the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of
6 Civil Procedure, with each party to bear their own respective attorneys' fees and costs.

7   Dated: June 18, 2012        WENDEL, ROSEN, BLACK & DEAN LLP

9   By: /s/ Beth B. Koh
    Beth B. Koh
    Attorneys for Defendants
    Cherokee Investment Partners III, L.P., a Delaware
    limited partnership; Cherokee Investment Partners III
    Parallel Fund, L.P., a Delaware limited partnership

14  Dated:  June 18, 2012       DOWNEY BRAND LLP

16  By: /s/ Gregory T. Broderick (authorized on June 18, 2012)
    Gregory T. Broderick
    Attorneys for Plaintiff CERF SPV I, LLC, a Delaware
    limited liability company

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION FOR DISMISSAL AND ORDER
THEREON                                  - 2 -
A 2:10-CV-02670-LKK-JFM -JFM

017028.0001\2423458.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

**ORDER**

The Court, having considered the stipulation between defendants CHEROKEE INVESTMENT PARTNERS III, L.P., a Delaware limited partnership, and CHEROKEE INVESTMENT PARTNERS III PARALLEL FUND, L.P., a Delaware limited partnership, and plaintiff CERF SPV I, LLC, a Delaware limited liability company, that the matter be dismissed without prejudice, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed without prejudice in its entirety; and
2. Each party shall bear its own attorneys' fees and costs herein.

Dated: June 18, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL AND ORDER THEREON
A 2:10-CV-02670-LKK-JFM -JFM

- 3 -