1 │ Steven M. Morger (Bar No. 115108)
    smorger@wendel.com
2 │ Beth B. Koh (Bar No. 256694)
    bkoh@wendel.com
3 │ **WENDEL, ROSEN, BLACK & DEAN LLP**
    1111 Broadway, 24th Floor
4 │ Oakland, California  94607
    Telephone:  (510) 834-6600
5 │ Fax:  (510) 834-1928

6 │ Attorneys for Defendants
    Cherokee Investment Partners III, L.P., a Delaware
7 │ limited partnership; Cherokee Investment Partners
    III Parallel Fund, L.P., a Delaware limited
8 │ partnership

9 │

10 │               UNITED STATES DISTRICT COURT

11 │              EASTERN DISTRICT OF CALIFORNIA

12 │

13 │ CERF SPV I, LLC, a Delaware limited          Case No.  2:10-cv-02670-LKK-JFM
     liability company,
14 │                                             **STIPULATION AND REQUEST FOR
                                                 DISMISSAL WITHOUT PREJUDICE AND
                    Plaintiff,                   ORDER THEREON**
15 │
16 │        vs.

17 │ CHEROKEE INVESTMENT PARTNERS
     III, L.P., a Delaware limited partnership;
18 │ CHEROKEE INVESTMENT PARTNERS
     III PARALLEL FUND, L.P., a Delaware
19 │ limited partnership,

20 │                    Defendants.

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

STIPULATION FOR DISMISSAL AND ORDER
THEREON
A 2:10-CV-02670-LKK-JFM

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

017028.0001\2423458.1

1   Defendants CHEROKEE INVESTMENT PARTNERS III, L.P., a Delaware limited

2   partnership, and CHEROKEE INVESTMENT PARTNERS III PARALLEL FUND, L.P., a

3   Delaware limited partnership, and plaintiff CERF SPV I, LLC, a Delaware limited liability

4   company, by and through their attorneys of record, stipulate and request that the Court dismiss

5   without prejudice the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of

6   Civil Procedure, with each party to bear their own respective attorneys' fees and costs.

7   Dated: June 18, 2012                    WENDEL, ROSEN, BLACK & DEAN LLP

8

9                                          By: /s/ Beth B. Koh

10                                             Beth B. Koh
                                               Attorneys for Defendants
11                                             Cherokee Investment Partners III, L.P., a Delaware
                                               limited partnership; Cherokee Investment Partners III
12                                             Parallel Fund, L.P., a Delaware limited partnership

13

14  Dated:  June 18, 2012                   DOWNEY BRAND LLP

15

16                                         By: /s/ Gregory T. Broderick (authorized on June 18, 2012)
                                               Gregory T. Broderick
17                                             Attorneys for Plaintiff CERF SPV I, LLC, a Delaware
                                               limited liability company
18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION FOR DISMISSAL AND ORDER
THEREON                          - 2 -
A 2:10-CV-02670-LKK-JFM -JFM

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

1

**ORDER**

2          The Court, having considered the stipulation between defendants CHEROKEE

3   INVESTMENT PARTNERS III, L.P., a Delaware limited partnership, and CHEROKEE

4   INVESTMENT PARTNERS III PARALLEL FUND, L.P., a Delaware limited partnership, and

5   plaintiff CERF SPV I, LLC, a Delaware limited liability company, that the matter be dismissed

6   without prejudice, and good cause appearing therefore:

7          IT IS HEREBY ORDERED that:

8          1.      The above-captioned action is dismissed without prejudice in its entirety; and

9          2.      Each party shall bear its own attorneys' fees and costs herein.

10

11   Dated:  June 18, 2012.

12

13

14                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
15                                    UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

017028.0001\2423458.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607